UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ARTHUR E THACKER JR                            CASE NO. 20-10068
   SYLVIA L THACKER                              JUDGE BENJAMIN A. KAHN
   3615 PETERFORD DR
   GREENSBORO, NC  27405

        DEBTORS

SSN(1) XXX-XX-8255     SSN(2) XXX-XX-7611        DATE: 11/30/2020

## REPORT OF FILED CLAIMS

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CELTIC BANK<br>P O BOX 4499<br>BEAVERTON, OR  97076 | $0.00<br>INT: .00%<br>NAME ID: 168682<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| COLLINS ASSET GROUP LLC<br>BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712-1083 | $9,458.64<br>INT: .00%<br>NAME ID: 166344<br>CLAIM #: 0032 | (U) UNSECURED<br><br>ACCT: 9904<br>COMMENT: DRIVETIME |
| CONE HEALTH SYSTEMS<br>P O BOX 405633<br>ATLANTA, GA  30384-5633 | $0.00<br>INT: .00%<br>NAME ID: 135339<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DR LEONARD WRIGHT<br>1112 7TH AVE<br>MONROE, WI  53566 | $0.00<br>INT: .00%<br>NAME ID: 171960<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1083<br>COMMENT: |
| FLAGSHIP CREDIT ACCEPTANCE<br>P O BOX 975658<br>DALLAS, TX  75397 | $6,166.36<br>INT: 6.75%<br>NAME ID: 156025<br>CLAIM #: 0011 | (V) VEHICLE-SECURED<br><br>ACCT: 7611<br>COMMENT: 14CHEV |
| GLEN GARLEY<br>3062 RENAISSANCE PKWY<br>JAMESTOWN, NC  27282 | $0.00<br>INT: .00%<br>NAME ID: 180986<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREENSBORO ORTHOPAEDICS<br>% PRINCE PARKER & ASSOCIATES<br>P O BOX 474690<br>CHARLOTTE, NC  28247 | $0.00<br>INT: .00%<br>NAME ID: 180987<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0033 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| GUILFORD COUNTY TAX COLLECTOR<br>GUILFORD COUNTY NEW COURTHOUSE<br>201 S EUGENE ST ROOM P 10<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 149495<br>CLAIM #: 0001 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $9,843.91<br>INT: 5.00%<br>NAME ID: 123769<br>CLAIM #: 0002 | | (S) SECURED<br><br>ACCT: 11TX<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $6,927.27<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0030 | | (U) UNSECURED<br><br>ACCT: &PEN<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $2,016.53<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0027 | | (U) UNSECURED<br><br>ACCT: 7459<br>COMMENT: 620TFCL |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $738.56<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 2950<br>COMMENT: CREDIT ONE |
| MANCHESTER HOA<br>% SLATTER MANAGEMENT SERVICES INC<br>4125-G WALKER AVENUE<br>GREENSBORO, NC  27407 | MONTHLY PMT $15.00<br>INT: .00%<br>NAME ID: 126019<br>CLAIM #: 0004 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 1013<br>COMMENT: ASDU,CTD,EFF AUG20,1120OR |
| MANCHESTER HOA<br>% SLATTER MANAGEMENT SERVICES INC<br>4125-G WALKER AVENUE<br>GREENSBORO, NC  27407 | $60.00<br>INT: .00%<br>NAME ID: 126019<br>CLAIM #: 0034 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 1013<br>COMMENT: ARR,FEB THRU JUL20,1120OR |
| MEDICAL REVENUE SERVICE<br>755 W NASA BLVD<br>MELBOURNE, FL  32901 | $0.00<br>INT: .00%<br>NAME ID: 180704<br>CLAIM #: 0021 | | (U) UNSECURED<br>NOT FILED<br>ACCT: 4411<br>COMMENT: |
| MONEYLION INC<br>P O BOX 1547<br>SANDY, UT  84091 | $294.80<br>INT: .00%<br>NAME ID: 180990<br>CLAIM #: 0022 | | (U) UNSECURED<br><br>ACCT: 8255<br>COMMENT: |
| MONEYLION INC<br>P O BOX 1547<br>SANDY, UT  84091 | $215.05<br>INT: .00%<br>NAME ID: 180990<br>CLAIM #: 0029 | | (U) UNSECURED<br><br>ACCT: 7611<br>COMMENT: |
| MONTGOMERY WARD<br>1112 7TH AVE<br>MONROE, WI  53566 | $0.00<br>INT: .00%<br>NAME ID: 124385<br>CLAIM #: 0023 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 8255<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NAVIENT<br>3000 CONTINENTAL DR<br>NEWARK, DE  19713 | $0.00<br>INT: .00%<br>NAME ID: 180988<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $8,154.53<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: 6071<br>COMMENT: |
| PMAB LLC<br>P O BOX 12150<br>CHARLOTTE, NC  28220-2150 | $0.00<br>INT: .00%<br>NAME ID: 160190<br>CLAIM #: 0026 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| REGIONAL ACCEPTANCE CORP<br>BANKRUPTCY SECT/100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $13,838.00<br>INT: 6.75%<br>NAME ID: 51368<br>CLAIM #: 0012 | (V) VEHICLE-SECURED<br><br>ACCT: 9637<br>COMMENT: 17NISS |
| REGIONAL ACCEPTANCE CORP<br>BANKRUPTCY SECT/100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $5,557.49<br>INT: .00%<br>NAME ID: 51368<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 9637<br>COMMENT: SPLIT |
| STERN RECOVERY SERVICES INC<br>P O BOX 14899<br>GREENSBORO, NC  27415 | $0.00<br>INT: .00%<br>NAME ID: 152773<br>CLAIM #: 0028 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TEA OLIVE LLC<br>P O BOX 1931<br>BURLINGAME, CA  94011 | $598.76<br>INT: .00%<br>NAME ID: 178223<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 6862<br>COMMENT:  CELTIC BANK/INDIGO |
| US BANK NA<br>% NATIONSTAR MTG LLC DBA MR COOPER<br>ATTN BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | MONTHLY PMT  $815.17<br>INT: .00%<br>NAME ID: 176871<br>CLAIM #: 0008 | (H) ONGOING-SECURED<br><br>ACCT: 3725<br>COMMENT:  DT,RE RP,CTD,EFF AUG20 |
| US BANK NA<br>% NATIONSTAR MTG LLC DBA MR COOPER<br>ATTN BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $9,089.52<br>INT: .00%<br>NAME ID: 176871<br>CLAIM #: 0009 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 3725<br>COMMENT:  ARR THRU JAN20 |
| US BANK NA<br>% NATIONSTAR MTG LLC DBA MR COOPER<br>ATTN BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $4,891.02<br>INT: .00%<br>NAME ID: 176871<br>CLAIM #: 0010 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 3725<br>COMMENT:  ARR,FEB THRU JUL20 |
| US BANK NA<br>% NATIONSTAR MTG LLC DBA MR COOPER<br>ATTN BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX  75261-9741 | $450.00<br>INT: .00%<br>NAME ID: 176871<br>CLAIM #: 0031 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 3725<br>COMMENT:  POST PET FEES |

PAGE 4  -  CHAPTER 13 CASE NO. 20-10068

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| US BANK NA TRUSTEE<br>% SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | MONTHLY PMT  $387.05<br>INT:  .00%<br>NAME ID:  183535<br>CLAIM #:  0005 | (H) ONGOING-SECURED<br><br>ACCT:  1888<br>COMMENT:  DT,RE RP,CTD EFF AUG20,1020A(ADDR) |
| US BANK NA TRUSTEE<br>% SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | $23,223.00<br>INT:  .00%<br>NAME ID:  183535<br>CLAIM #:  0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  1888<br>COMMENT:  ARR THRU JAN20,1020A(ADDR) |
| US BANK NA TRUSTEE<br>% SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | $2,322.30<br>INT:  .00%<br>NAME ID:  183535<br>CLAIM #:  0007 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  1888<br>COMMENT:  ARR FEB20 THRU JUL20,1020A(ADDR) |
| **TOTAL:** | **$105,114.96** | |
| D BARRETT BURGE ESQ<br>514 S STRATFORD RD STE 333<br>WINSTON SALEM, NC  27103 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  11/30/2020        OFFICE OF THE CHAPTER 13 TRUSTEE

    By:  /s/  Gayle McFarland
    Clerk
    Chapter 13 Office
    500 W FRIENDLY AVE STE 200
    P O BOX 1720
    GREENSBORO, NC  27402-1720

cc:  Debtors
    Attorney for Debtors - Electronic Notice